UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CV-80043-AHS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TODD STEPHENS, PNC MORTGAGE,
a division of PNC Bank National Association, and
CADLEROCK III, LLC, an Ohio limited liability company,
              Defendants.
_____/

**UNITED STATES OF AMERICA'S STATEMENT OF MATERIAL FACTS
NOT IN DISPUTE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56-1(a), the United States hereby files its Statement of Material Facts Not In Dispute with supporting exhibits in Support of its Motion for Summary Judgment and states as follows:

1. On March 23, 2017, Defendant Todd Stephens was sentenced in case No. 16-cr-60227-DTKH (S.D. Fla.) for one count of conspiracy to launder monetary instruments in violation of 18 U.S.C. § 1956(h) to 120 months imprisonment and restitution was ordered with the amount to be determined. ECF No. 28, Composite Exhibit "A". The judgment was amended on May 17, 2017 wherein the defendant was ordered to pay restitution in the amount of $130,220,803.56, plus statutory interest pursuant to 18 U.S.C. § 3612. *Id.*

2. On September 12, 2018, the United States recorded a Notice Of Lien for Fine and/or Restitution (Notice of Lien) in Official Records Book 30117, Page 1179 of the Public Records of Palm Beach County, Florida. ECF No. 28, Exhibit "C" ("Federal Restitution Lien"). The United

States holds a valid lien, further perfected and valid as to third parties pursuant to 18 U.S.C. § 3613 (c) and (d). *Id.*

3. As of August 1, 2023, $23,324,092.75 has been received and credited toward Defendant, Todd Stephens' federal criminal restitution debt leaving a balance owed of $115,274,291.82, including statutory interest. See Declaration of Pedro Martin, attached hereto as Exhibit 1.

5. At the time the United States filed its Notice of Lien in the public records of Miami-Dade County, Florida, Defendant Todd Stephens was the sole owner of the Property. ECF No. 28, Exhibit B.

### LIST OF EXHIBITS ATTACHED HERETO

1. ECF No. 28, Composite Exhibit A (Judgment and Amended Judgment in a Criminal Case)                                                                                  13 pages
2. ECF No. 28, Exhibit C (Notice of Lien for Fine and/or Restitution)   2 pages
3. Declaration of Pedro Martin, Exhibit 1                                                                2 pages
4. ECF No. 28, Exhibit B (Warranty Deed)                                                             3 pages

Dated: August 7, 2023

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By: *s/ Danielle N. Croke*
Danielle N. Croke, Esq.
Assistant United States Attorney
FL Bar No.: 0723258
United States Attorney's Office
500 S. Australian Avenue, 4th Floor
West Palm Beach, FL 33132
Tel: 561.209.1035

Fax: 561.655.9785
E-mail: Danielle.croke@usdoj.gov
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 7, 2023 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Danielle Croke*
DANIELLE CROKE
Assistant United States Attorney

## SERVICE LIST

Todd Stephens
230 Miramar Way
West Palm Beach, Florida 33405
E-mail: todd.stephens@yahoo.com
Pro Se Defendant