# EXHIBIT C

CFN 20180351467
OR BK 30117 PG 1179
RECORDED 09/12/2018 15:54:25
Palm Beach County, Florida
AMT
Sharon R. Bock
CLERK & COMPTROLLER
Pg 1179; (1Pgs)

(DEPARTMENT OF JUSTICE)
**NOTICE OF LIEN FOR FINE AND/OR RESTITUTION**
IMPOSED PURSUANT TO THE
ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996

United States Attorney's Office
SOUTHERN DISTRICT OF FLORIDA

Notice is hereby given of a lien against the property of the defendant named below.
Pursuant to Title 18, United States Code, Section 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d) a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

Name of Defendant: **TODD STEPHENS**

Aliases: **TODD HERBERT STEPHENS, TODD HERBERT STEVEN and TODD STEVENS**

Social Security: [REDACTED]

Year of Birth: **1964**

Amount of Restitution: **$130,220,803.56**

Court Imposing Judgment: **U.S. DISTRICT COURT, SDFL**

Court Number: **16-60227-CR-HURLEY**

Date of Judgment: **March 23, 2017**

**\*PLUS STATUTORY INTEREST\***

If payment becomes past due, possible penalties totaling 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

**IMPORTANT RELEASE INFORMATION**--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law.

Place of Filing: **PALM BEACH COUNTY, FLORIDA**

This notice was prepared at MIAMI, FLORIDA on this, the 11 day of Sept, 2018.

Signature

Danielle Croke
Assistant U.S. Attorney

This Instrument Prepared By:
Rolando Leon
U.S. Attorney's Office
Financial Litigation Unit
99 N. E. 4th Street, Suite 300
Miami, Florida 33132-2111
(305) 961-9394