UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-CV-80043-AHS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TODD STEPHENS, PNC MORTGAGE,
a division of PNC Bank National Association, and
CADLEROCK III, LLC, an Ohio limited liability company,
    Defendants.
_____/

## DECLARATION OF PEDRO MARTIN

Pedro Martin, being first duly sworn, deposes and says:

1. That I am employed by the United States Attorney's Office for the Southern District of Florida as a Paralegal Specialist in the Financial Litigation Unit and I am fully authorized to make this affidavit.

2. The United States of America is the owner and holder of an Amended Restitution Judgment entered on May 17, 2017, in the United States District Court for the Southern District of Florida in the case of *United States of America v. Todd Stephens*, case No. 16-CR-60227- DTKH (S.D. Fla.). ECF No. 28, Composite Exhibit A. On September 12, 2018, the United States recorded a Notice Of Lien for Fine and/or Restitution (Notice of Lien) in Official Records Book 30117, Page 1179 of the Public Records of Palm Beach County, Florida. ECF No. 28, Exhibit C. ("Federal Restitution Lien").

3. As of August 1, 2023, $23,324,092.75 has been received and credited toward

1

**EXHIBIT 1**

Defendant, Todd Stephens', federal criminal restitution debt leaving a balance owed of $115,274,291.82, including statutory interest.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: August 4th, 2023

Pedro Martin
Paralegal Specialist
AFFIANT

THE FOREGOING INSTRUMENT was acknowledged before me this day of 4th August, 2023 by Pedro Martin, who is personally known to me.



Rolando A. Leon
NOTARY PUBLIC, State of Florida

[X] PERSONALLY KNOWN TO ME and
[X] DID NOT take an oath

2