# EXHIBIT B

```
CFN 20150272478
OR BK 27688 PG 0302
RECORDED 07/22/2015 16:04:41
Palm Beach County, Florida
AMT 2,700,000.00
Doc Stamp 18,900.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0302 - 303; (2pgs)
```

PREPARED BY AND RETURN TO:
WILL CALL BOX NO. 211
David I. Brodt, P.A.
Leslie Robert Evans & Associates, P.A.
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Our File No.: 3233-106

Property Appraisers Parcel Identification (Folio) Number: 74-43-44-10-23-000-0100
The actual purchase price or other valuable consideration paid for the real property or interest conveyed by this instrument is $2,700,000.00. Florida Documentary Stamps in the amount of $18,900.00 have been paid hereon.
_____SPACE ABOVE THIS LINE FOR RECORDING DATA_____

# WARRANTY DEED

THIS WARRANTY DEED, made the 15th day of July, 2015, by

HANG BAE LEE, AN UNMARRIED PERSON, whose post office address is: 301 W. 57TH STREET, #8A, NEW YORK, NEW YORK, 10019-3163, herein called the Grantor, to

TODD STEPHENS, whose post office address is: 230 MIRAMAR WAY, WEST PALM BEACH, FLORIDA, 33405, hereinafter called the Grantee:

*(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

W I T N E S S E T H: That the Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in PALM BEACH County, State of Florida, viz.:

Lot 10, MIRAMAR, according to the Plat thereof, as recorded in Plat Book 11, at Page 9, of the Public Records of Palm Beach County, Florida.

Subject to easements, restrictions and reservations of record and taxes for the year 2015 and thereafter.

TOGETHER, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND, the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2014.

Page 1

File No.: 3233-106

IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature

Zhen Dai
Witness #1 Printed Name

_____
Witness #2 Signature

Frank R. Suraci
Witness #2 Printed Name

_____
HANG BAE LEE

STATE OF NEW YORK

COUNTY OF __NEW YORK__

The foregoing instrument was sworn to and acknowledged before me this **15th** day of July, 2015, by HANG BAE LEE, AN UNMARRIED PERSON, who (✓) is personally known to me or who ( ) has produced _____ as identification.

**SEAL**

_____
Notary Public

My Commission Expires:
**08 / 18 / 2015**

GABRIEL STACHURA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01ST6097510
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES AUGUST 18, 2015

Page 2

File No.: 3233-106