UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80043-CIV-SINGHAL/VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD STEPHENS, PNC MORTGAGE,
a division of PNC Bank National Association, and
CADLEROCK III, LLC, an Ohio limited liability
company,

    Defendants.
_____/

## **FINAL JUDGMENT**

**PURSUANT** to the Court's October 13, 2023, Order granting Plaintiff's Motion for Summary Judgment, the Court enters this separate Final Judgment under Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff United States. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of October 2023.

                                                                    _____
                                                                      RAAG SINGHAL
                                                                      UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF